HENRY F. ROHLFS, appellant,

*v.*

CLARA ROHLFS, respondent.

[Submitted October term, 1947. Decided January 29th, 1948.]

*Messrs. Levenson & Levenson* (*Mr. Abe D. Levenson*), for the appellant.

*Mr. Albert J. Shea,* for the respondent.

PER CURIAM.

We have examined the testimony and the briefs of counsel, and are of the opinion that the proofs fully support the decree appealed from.

The decree is affirmed.

*For affirmance*—THE CHIEF-JUSTICE, BODINE, DONGES, COLIE, WACHENFELD, EASTWOOD, BURLING, WELLS, DILL, FREUND, McLEAN, JJ. 11.

*For reversal*—HEHER, SCHETTINO, JJ. 2.